JAN P. WEIR, STATE BAR NO. 106652
jweir@sycr.com
DOUGLAS Q. HAHN, STATE BAR NO. 198579
dhahn@sycr.com
KATHRINE J. WEIR, STATE BAR NO. 262740
kweir@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Plaintiffs
Freshpark Industries, LLC
and Roger W. Hickey

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FRESHPARK INDUSTRIES, LLC and ROGER W. HICKEY,<br><br>Plaintiffs,<br><br>vs.<br><br>MOJO RAILS, INC.,<br><br>Defendant. | CASE NO. SACV 11-01283 DOC (ANx)<br><br>Honorable David O. Carter<br><br>AMENDED<br><br>FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT<br><br>(Amended to include Exhibit 1) |

WHEREAS, Plaintiffs filed a Complaint for Patent Infringement against Defendant;

WHEREAS, Plaintiffs have alleged that Defendant manufactures, uses, offers for sale, sells and/or imports a skate ramp shown in Exhibit 1 (the "Infringing Product") that infringes United States Patent Nos. 7,104,895 (the "'895

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1

FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT
DOCSOC/1526052v1/101428-0000

patent") and D495,770 (the "'770 design patent") to Roger W. Hickey, which are exclusively licensed to Freshpark;

WHEREAS, the Parties have reached a settlement agreement, including the terms set forth below;

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The '895 patent and the '770 design patents are valid and infringed by Defendant's Infringing Product;

2. Defendant is permanently enjoined from making, using, offering to sell, selling or importing any device that infringes any claim of the '895 patent or that infringes the '770 design patent, including without limitation, by making, using, offering to sell, selling or importing the Infringing Product or any colorable imitation thereof.

3. The Parties are to bear their own costs.

4. The Court retains jurisdiction over this Civil Action for the purposes of enforcing the terms and conditions of this Final Judgment and Permanent Injunction on Consent as well as the parties' settlement agreement.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

2

FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT
DOCSOC/1526052v1/101428-0000

THE PARTIES HAVE READ AND AGREE TO THE FOREGOING IN ITS ENTIRETY.

DATED: November 17, 2011

STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By: /s/- Douglas Q. Hahn
Jan P. Weir
Douglas Q. Hahn
Kathrine J. Weir

Attorneys for Plaintiffs
Freshpark Industries, LLC
and Roger W. Hickey

DATED: November 17, 2011

JULANDER, BROWN BOLLARD

By: /s/ William D. Chapman
William D. Chapman

Attorneys for
Mojo Rails, Inc.

FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT

Judgment is hereby entered pursuant to Fed. R. Civ. P. 58 as set forth above.

DATED: November 28, 2011

/s/ David O. Carter
Honorable David O. Carter
United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

3

FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT
DOCSOC/1526052v1/101428-0000

Case 8:11-cv-01283-DOC-AN   Document 17   Filed 11/28/11   Page 4 of 8   Page ID #:83

# Exhibit 1





